# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL A GALLUZZO,

           Petitioner,      :      Case No. 3:19-CV-171

 - vs -                               District Judge Walter H. Rice
                                     Magistrate Judge Michael R. Merz

SCOTT SPRINGHETTI,
  Director, Tri-County Regional Jail,

                               :

           Respondent.

## ORDER SUBSTITUTING RESPONDENT

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Petitioner's Supplemental Information (ECF No. 4) which suggests that Scott Springhetti, Director of the Tri-County Regional Jail where Petitioner is confined, may be the proper respondent in this case. Respondent Sheriff Melvin Mathews raises the same concern, noting that the Tri-County Regional Jail is not under his control (ECF No. 5, PageID 29).

It appears from the State Court Record filed by the Sheriff that Judge Weithman entered an order in the nature of a mittimus committing Petitioner to the custody of "The Keeper of the Tri-County Regional Jail of the County of Champaign" (ECF No. 5, PageID 43). Upon notice from the Champaign County Prosecutor that Scott Springhetti is that Keeper, it is hereby ORDERED that Director Springhetti be substituted for Sheriff Melvin as Respondent herein. The Clerk shall make service of the Petition, the Supplemental Information, and the Champaign County Sheriff's Response on Director Springhetti by certified mail, return receipt requested. Counsel

1

who have appeared on behalf of the Sheriff shall promptly notify the Court whether they will represent Director Springhetti herein and if not of the name of counsel for Director Springhetti.

July 1, 2019.

s/ *Michael R. Merz*<br>United States Magistrate Judge