IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL A. GALLUZZO :

    Plaintiff, : Case No. 3:19cv171

- vs - :

                                                Judge Walter H. Rice

SCOTT SPRINGHETTI
                                             :

    Defendant.

---

**ORDER**

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

 

                                                 /s/ Walter H. Rice
                                               WALTER H. RICE, JUDGE
                                               UNITED STATES DISTRICT COURT

---

[1] Stayed pending exhaustion of state remedies.