# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MICHAEL A GALLUZZO,

              Petitioner,        :    Case No. 3:19-CV-171

- vs -                           District Judge Walter H. Rice
                                        Magistrate Judge Michael R. Merz

SCOTT SPRINGHETTI,
  Director, Tri-County Regional Jail,

                              :

              Respondent.

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 30), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 17, 2020, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Petitioner's Motion for Summary Judgment (ECF No. 29) be, and it hereby is, DENIED.

March 27, 2020.

                                              Walter H. Rice
                                    United States District Judge