# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL A GALLUZZO,

        Petitioner,    :    Case No. 3:19-cv-171

  - vs -        District Judge Walter H. Rice
        Magistrate Judge Michael R. Merz

SCOTT SPRINGHETTI,
  Director, Tri-County Regional Jail,

        :

        Respondent.

## RECOMMITTAL ORDER

This habeas corpus case, brought *pro se* by Petitioner Michael A. Galluzzo, is before the Court on Petitioner's Objections (ECF No. 37) to the Report and Recommendations of Magistrate Judge Michael R. Merz recommending that the Petition be dismissed (ECF No. 36). Magistrate Judge Merz struck the Objections upon finding they had been filed late (ECF No. 38). Petitioner has now timely objected to that Order (Objections, ECF No. 39).

The District Judge has preliminarily considered both sets of Objections Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October  1 , 2020.

        (tp - per Judge Rice authorization after his review)
        Walter H. Rice
        United States District Judge